UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Paula Southworth,

    Plaintiff,

Case No. 12-12243

Honorable Nancy G. Edmunds

v.

Commissioner of Social Security,

    Defendant.
                                                    /

### ORDER AND OPINION ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [17]

This matter came before the Court on the magistrate judge's June 11, 2013 report and recommendation. (Dkt. 17.) The magistrate judge recommended denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment.

Being fully advised in the premises, having reviewed the pleadings, and having reviewed Plaintiff's June 24, 2013 objections, de novo, the Court finds no reason to depart from the magistrate judge's recommendation. The Court ACCEPTS AND ADOPTS the magistrate judge's report and recommendation and therefore DENIES Plaintiff's motion for summary judgment and GRANTS Defendant's motion for summary judgment.

So ordered.

                                  s/Nancy G. Edmunds
                                  Nancy G. Edmunds
                                  United States District Judge

Dated:  July 8, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 8, 2013, by electronic and/or ordinary mail.

                                  s/Johnetta M. Curry-Williams
                                  Case Manager
                                  Acting in the Absence of Carol Hemeyer