UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Paula Southworth,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.
                              /

Case No. 12-12243

Honorable Nancy G. Edmunds

## **JUDGMENT**

    Being fully advised in the premises, having reviewed the pleadings, and for the reasons stated in the Court's order accepting and adopting the magistrate judge's report and recommendation, the Court DENIES Plaintiff's motion for summary judgment, GRANTS Defendant's motion for summary judgment, and DISMISSES this case.

    So ordered.

                                             s/Nancy G. Edmunds
                                             Nancy G. Edmunds
                                             United States District Judge

Dated: July 8, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 8, 2013, by electronic and/or ordinary mail.

                                             s/Johnetta M. Curry-Williams
                                             Case Manager
                                             Acting in the Absence of Carol Hemeyer